IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY

JUL 1 2 2005

Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Jackson

UNITED STATES OF AMERICA

VS.                                CR NO 05-10048-01-T

EDD SHERROD SCARBROUGH

## ORDER ON GUILTY PLEA

This cause came on to be heard on July 6, 2005, Assistant U. S. Attorney Victor Lee Ivy, representing the government, and the defendant appeared in person and with counsel, C. Mark Donahoe, who was retained.

Upon arraignment, the defendant through counsel, entered a plea of GUILTY as charged in the One Count Information.

This case is set for sentencing on **Wednesday, October 5, 2005, at 8:30 a.m.** The defendant is allowed to remain on his present bond.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 11 July 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 07-13-05

(7)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 1:05-CR-10048 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

---

C. Mark Donahoe
HARDEE MARTIN DAUSTER & DONAHOE
P.O. Box 98
Jackson, TN 38302

Victor Lee Ivy
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT