IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs.                                                                CR NO. 1:05-10048-001-T

EDD SCARBROUGH

## ORDER TO SURRENDER

Defendant, Edd Scarbrough, #20440-076, having been sentenced in the above styled matter to the custody of the Bureau of Prisons, and having been granted leave by the Court to report to the designated institution at his own expense, is hereby ordered to surrender himself to the Bureau of Prisons by reporting to: Forrest City FCI SCP, 1400 Dale Bumpers Road, Forest City, AR 72335, telephone no. 870-630-6000, no later than 12:00 Noon on Friday, January 13, 2006.

It is further ordered that upon receipt of a copy of this order, the defendant shall sign and return the copy, to acknowledge receipt of said order and that he will report as directed to the above named institution.

IT IS ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: 15 December 2005

ACKNOWLEDGMENT TO BE SIGNED BY THE DEFENDANT: I agree to report as directed in the above order and understand that if I fail to so report, I may be cited for contempt of court and if convicted, may be punished by imprisonment or fine or both.

_____                                    _____
Date                                                                    Defendant Signature

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on  12-19-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 1:05-CR-10048 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

C. Mark Donahoe
HARDEE MARTIN DAUSTER & DONAHOE
P.O. Box 98
Jackson, TN 38302

Victor Lee Ivy
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT